# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

137988

SAULT STE. MARIE TRIBE OF CHIPPEWA
INDIANS,
      Plaintiff/Counter-Defendant/
      Appellant,

v

BERNARD BOUSCHOR,
      Defendant/Appellee,

and

DANIEL T. GREEN, DAVID E. SCOTT, JAMES
M. JANNETTA, and DANIEL J. WEAVER,
      Defendants/Counter-Plaintiffs/
      Appellees,

and

PAUL W. SHAGEN, JOSEPH M. PACZKOWSKI,
and JOLENE M. NERTOLI,
      Defendants/Counter-Plaintiffs,

and

MILLER, CANFIELD, PADDOCK & STONE,
P.L.C.,
      Defendant/Appellee.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137988
COA: 276712
Chippewa CC: 04-007606-CC

On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals as to the plaintiff's claim of legal malpractice against the defendant law firm and we REINSTATE the judgment of the Chippewa Circuit Court denying the defendant law firm's motion for summary disposition. We agree with the trial court that there were outstanding issues of material fact with regard to the defendant firm's potential legal malpractice liability. In all other respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

p0120

Clerk